1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE ANTONIO RODRIGUEZ,

11            Plaintiff,                 No. 2:10-cv-1361 JFM (PC)

12        vs.

13   T. MORRISON, et al.,

14            Defendants.          ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy of his

23   prison trust account in support of his application.

24   /////

25   /////

26   /////

                                       1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Within thirty days from the date of this order, plaintiff shall complete the

3    attached Notice of Submission and submit the following documents to the court:

4    a.  A complete Application to Proceed In Forma Pauperis By a Prisoner;

5    and

6    b.  a certified copy of plaintiff's prison trust account statement for the six

7    month period immediately preceding the filing of the complaint.

8    2.  The Clerk of the Court is directed to send plaintiff a new Application to

9    Proceed In Forma Pauperis By a Prisoner; and

10   3.  Plaintiff's failure to comply with this order may result in the dismissal of this

11   action without prejudice.

12   DATED: June 14, 2010.

13

14

15   UNITED STATES MAGISTRATE JUDGE

16   /md014;rodr1361.3c+new

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ANTONIO RODRIGUEZ,

           Plaintiff,                     No. 2:10-cv-1361 JFM (PC)

     vs.

T. MORRISON, et al.,


           Defendants.              <u>NOTICE OF SUBMISSION</u>

_____/

           Plaintiff hereby submits the following document in compliance with the court's order filed _____:

             _____       Complete Application to Proceed In Forma Pauperis

                               By a Prisoner/Certified Copy of Prison Trust Account

                               Statement

DATED:



                               _____

                               Plaintiff